FILED

98 AUG 14 PM 2:04

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

AUG 14 1998

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MADE IN THE USA FOUNDATION, UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC, LOCAL 12L, UNITED STEELWORKERS OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CV 98-PT-1794-M<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM

The court advises the parties in this action that Judge Propst has received an unsolicited copy of a law review article authored by Kevin C. Kennedy in the LOYOLA OF LOS ANGELES INTERNATIONAL & COMPARATIVE LAW JOURNAL, Volume 19, October 1996, No. 1. The submission references this case. The court has filed a copy. The Clerk is directed to mail a copy of this memorandum to the U. S. Attorney in Birmingham, Alabama, and to the U.S. Attorney General in Washington, D.C.

**DONE** and **ORDERED** this 14 day of August, 1998.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
FOR
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE