UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205)278-1700

August 26, 1999

Mr. Thomas K. Kahn, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

                        U.S.D.C. No. CV-98-PT-1794-M
                        U.S.C.A. No.
          IN RE: Made in the USA et al., v. USA

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

X    Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral:

     Certified record supplemental record on appeal consisting of: volume(s) of pleadings, etc.; volume(s) of transcripts;

X    First Notice of Appeal? YES Dates of other Notices:

     The following materials **SEALED** in this court (order enclosed) consisting of:

     Original papers (court file) and certified copy of docket entries per USCA request.

     There was no hearing from which a transcript could be made.

     Copy of CJA Form 20 or District Court order appointing counsel.

X    The appellant docket fee has been paid. YES Date Paid: 8/25/99

     The appellant has been leave to appeal in forma pauperis and a request for certificate of probable cause (order enclosed).

X    The Judge/Magistrate Judge appealed from is: USDJ Propst

     The Court Reporter is: 205-252-6565.

     This is a **BANKRUPTCY APPEAL**. Please send notice of final order and/or opinion to: William C. Redden, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

     This is a **DEATH PENALTY** appeal.

     Other:

xc:  Counsel                        Perry D. Mathis, Clerk

                                   By: _____
                                       Deputy Clerk Yvonne Gangloff

FILED

99 AUG 25 AM 9:01

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MADE IN THE USA FOUNDATION, ) <br> UNITED STEELWORKERS OF ) <br> AMERICA, AFL-CIO-CLC, ) <br> LOCAL 12L, UNITED STEELWORKERS ) <br> OF AMERICA, FRANK VICKERS, ) <br> JAMES L. BOWEN, and ) <br> DAVID WILSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.: CV-98-PT-1794-M |

## NOTICE OF APPEAL

Come now Made in the USA Foundation, United Steelworkers of America, Local 12L, United Steelworkers of America, Frank Vickers, James L. Bowen and David Wilson, who hereby give notice of their appeal from the final judgment entered in this matter on August 23, 1999.

Respectfully submitted,

Joe R. Whatley, Jr.
Andrew C. Allen
Whatley Drake, L.L.C.
1100 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 328-9576
Attorney for Plaintiffs

_Jeremiah A. Collins_ /ACA
Jeremiah A. Collins
Bredhoff & Kaiser, P.L.L.C.
1000 Connecticut Avenue, N.W.
Suite 1300
Washington, D.C. 20036
(202) 833-9340
Attorney for Plaintiffs United Steelworkers
    of America, ALF-CIO and Local 12L

_Carl B. Frankel_ /ACA
Carl B. Frankel
General Counsel
United Steelworkers of America
Five Gateway Center
Pittsburg, Pennsylvania 15222
(412) 562-2400

_Joel D. Joseph_ /ACA
Joel D. Joseph
1925 K Street, N.W.
Washington, D.C. 20006
(202) 822-6060
Attorney for Plaintiff Made in the USA
    Foundation

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing has been served on all counsel listed, by placing a copy of same in the United States mail, this the 25th day of August, 1999.

Martha E. Rubio
Civil Division
U.S. Department of Justice
Washington, D.C. 20044

_[signature]_
Of Counsel