FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

99 SEP -2 PM 4: 17

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| MADE IN THE USA FOUNDATION, UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC, LOCAL 12L, UNITED STEELWORKERS OF AMERICA, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CV 98-PT-1794-M |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

ENTERED

SEP -2 1999

ORDER

The court has what appear to be duplicates of briefs, etc. which it has provided to the Clerk to hold pending appeal. These duplicates will be destroyed on November 1, 1999, unless a party or parties advises the court that the Clerk is missing document(s).

**DONE** and **ORDERED** this 2nd day of September, 1999.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE