UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

01 MAY -8 PM 12: 16

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| MADE IN THE USA FOUNDATION, UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC, LOCAL 12L, UNITED STEELWORKERS OF AMERICA, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CV 98-PT-1794-M |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

ENTERED
MAY 8 2001

**DISMISSAL ORDER**

On accordance with the opinion and mandate of the Eleventh Circuit Court of Appeals, this action is **DISMISSED** for lack of subject matter jurisdiction.[1]

**DONE** and **ORDERED** this _8_ day of May, 2001.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Apparently the appellate court determined that while some international agreements may be subject "to the rigors of the [treaty] clause's procedural requirements," and that the political branches cannot "exercise unfettered discretion in determining whether to subject a particular agreement to the rigors of that clause's procedural requirements," district courts should not reach the constitutional issue if it first determines that the practice followed was constitutional. Chicken? Egg? Which?